1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

EUREKA DIVISION

7

8

SAMANTHA ELIZABETH BIDAD,

Plaintiff,

Case No.  12-cv-06384-NJV

9

10

v.

**ORDER REQUIRING FURTHER BRIEFING**

11

CAROLYN W. COLVIN,

Defendant.

12

13

14

Plaintiff Samantha Bidad appeals the decision of the Commissioner of Social Security

15

denying her claim for social security benefits.  Before this court are the parties' motions for

16

summary judgment.  *See* Doc. Nos. 20, 21.

17

The only issue to be decided is whether an administrative law judge ("ALJ") properly

18

weighed the opinion of Nurse Foster, a nurse practitioner who treated Plaintiff for more than five

19

years.  *See* Doc. Nos. 20, 22.  Plaintiff argues that because Nurse Foster worked under the

20

supervision of a physician, the ALJ should have accorded her opinion great weight.  Doc. No. 20

21

at 7.  The Ninth Circuit has recognized that a nurse practitioner may be considered an "acceptable

22

medical source" for purposes of providing a medical opinion in a social security disability case "to

23

the extent" the nurse practitioner works "closely with, and under the supervision of" a licensed

24

physician.  *Taylor v. Comm'r of Soc. Sec. Admin.*, 659 F.3d 1228, 1234 (9th Cir. 2011); *see also*

25

*Gomez v. Chater*, 74 F.3d 967, 971 (9th Cir. 1996).  However, Plaintiff cites no evidence to

26

support her assertion that Nurse Foster worked closely with, and was supervised by, an acceptable

27

medical source when she was treating Plaintiff.  *Cf.* Doc. No. 20 at 7 (arguing that the fact that a

28

number of physicians were employed at Nurse Foster's place of employment, "demonstrates the

United States District Court
Northern District of California

United States District Court
Northern District of California

likelihood that Nurse Foster worked under the supervision of an acceptable medical source").

     Within fourteen days of the date of this order, Plaintiff shall file a letter brief not to exceed three pages, identifying evidence in the record that Nurse Foster worked closely with, and was supervised by, an acceptable medical source.  *Mack v. Astrue*, 2013 U.S. Dist. LEXIS 6692, *12-*19 (N.D. Cal. Jan. 15, 2013) is instructive.   Failure to file the additional brief shall be deemed a concession that Plaintiff cannot make the required showing.  Defendant may respond within one week of Plaintiff's filing with a three page letter brief.

     **IT IS SO ORDERED**.

Dated: July 17, 2013

_____

NANDOR J. VADAS
United States Magistrate Judge

2